No. 74–1518. TELEX CORP. ET AL. *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 10th Cir. Certiorari dismissed October 3, 1975, under this Court's Rule 60.

OCTOBER 6, 1975

No. 74–1324. GENDRON *v.* LEVI, ATTORNEY GENERAL, ET AL. Affirmed on appeal from D. C. C. D. Cal.

No. 74–1477. FAST MOTOR SERVICE, INC. *v.* UNITED STATES ET AL.; and

No. 74–1478. FAST MOTOR SERVICE, INC. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 74–1553. WILKEY *v.* ILLINOIS RACING BOARD ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 74–6410. SPEARS *v.* ELLIS, DISTRICT ATTORNEY OF WARREN COUNTY, ET AL. Affirmed on appeal from D. C. S. D. Miss.

No. 74–6427. WILSON *v.* MALONE ET AL. Affirmed on appeal from D. C. W. D. Ky.

No. 75–3. JAMAICA SAVINGS BANK *v.* LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK. Affirmed on appeal from D. C. E. D. N. Y.

No. 75–14. LOUISVILLE & NASHVILLE RAILROAD CO. *v.* ATKINS, COMMISSIONER, TENNESSEE PUBLIC SERVICE COMMISSION, ET AL. Affirmed on appeal from D. C. M. D. Tenn.